# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EMERALD COAST RESTAURANTS INC,

    Plaintiff,

v.                            Case No.  3:20-cv-5898-TKW/HTC

ASPEN SPECIALTY INSURANCE COMPANY,

    Defendant.

_____/

## JUDGMENT

This action came before the Court with the Honorable T. Kent Wetherell, II presiding. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

¶     Defendant's motion to dismiss (Doc. 10) is GRANTED and the amended complaint is DISMISSED with prejudice.

                                            JESSICA J. LYUBLANOVITS,
                                            CLERK OF COURT

December 18, 2020           s/ Jeremy Wright
DATE                             Deputy Clerk