UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EMERALD COAST
RESTAURANTS, INC., d/b/a
O'Quigley's Seafood Steamer &
Oyster Sports Bar,

        Plaintiff,

Case No. 3:20cv5898-TKW-HTC

v.

ASPEN SPECIALTY
INSURANCE COMPANY,

        Defendant.

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, EMERALD COAST RESTAURANTS, INC., d/b/a O'Quigley's Seafood Steamer & Oyster Sports Bar, pursuant to Fed. R. App P. 4(a), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's Judgment (D.E. 21) and Order Dismissing Case (D.E. 20) both entered on December 18, 2020, as well as all pretrial rulings.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via CM/ECF portal or by email this 15th day of January, 2020 to:

William S. Berk, Esq.
**BERK, MERCHANT & SIMS, PLC**
Alan H. Swindoll / FBN: 119409
*Attorneys for Defendant*
2 Alhambra Plaza, Suite 700
Coral Gables, Florida 33134
Telephone: (786) 338-2900
Facsimile: (786) 338-2888
Wberk@berklawfirm.com
Mjoseph@berklawfirm.com

Of counsel:
Yvette Ostolaza
**SIDLEY AUSTIN LLP**
*Attorneys for Defendant*
2021 McKinney Avenue, Suite 2000
Dallas, Texas 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
yvette.ostolaza@sidley.com

Respectfully submitted,

/s/Nicholas A. Chiappetta
Nicholas A. Chiappetta, Esq.
Florida Bar No: 1006407
**MARTEN | CHIAPPETTA**
*Attorneys for Plaintiff*
8401 Lake Worth Rd., Suite 130
Lake Worth, FL 33467
Direct: (561) 424-7300
Fax:    (561) 424-7400
service@beheardmc.com
nchiappetta@beheardmc.com