## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

EMERALD COAST RESTAURANTS INC

    VS                                    CASE NO. 3:20-cv-05898-TKW-HTC

ASPEN SPECIALTY INSURANCE COMPANY

**JUDGMENT**

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that this case be DISMISSED with prejudice, and judgment hereby entered in favor of Defendant, ASPEN SPECIALTY INSURANCE COMPANY.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

June 29, 2022                       /s/ *Monica Broussard*
DATE                                  Deputy Clerk: Monica Broussard