## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**EMERALD COAST
RESTAURANTS, INC.**, d/b/a
O'Quigley's Seafood Steamer &
Oyster Sports Bar,

      **Plaintiff**,

**v.**                                                    **Case No. 3:20cv5898-TKW-HTC**

**ASPEN SPECIALTY
INSURANCE COMPANY**,

      **Defendant**.
_____/

## <u>ORDER</u>

This case is before the Court based on the Eleventh Circuit's order (Doc. 38) transferring consideration of whether Plaintiff is entitled to appellate attorney's fees and the amount of any such fees to this Court.  Plaintiff has not yet filed a motion seeking appellate attorney's fees—either in this Court or the Eleventh Circuit—and based on the Court's recent order dismissing the remaining claim and the resulting judgment, see Docs. 36, 37, Plaintiff is presumably not entitled to an award of appellate attorney's fees.  However, in an abundance of caution, it is

**ORDERED** that Plaintiff shall have 14 days from the date of this Order to seek appellate attorney's fees in accordance with the bifurcated procedure in Local Rule 54.1.

**DONE and ORDERED** this 18th day of July 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**